Ronald D. Roup (94495) ron@rouplaw.com
Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377

Attorneys for Defendants,
LITTON LOAN SERVICING LP and U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB5 (erroneously sued as separate entities "U.S. BANK, NA" and "LaSalle Bank" and "Credit Based Asset Servicing and Securitization, LLC")

# UNITED STATE DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| ANEESAH HASAN,<br><br>PLAINTIFF,<br><br>vs.<br><br>U.S. BANK, NA; LITTON LOAN SERVICING, LP; QUICKLOAN FUNDING, INC.; BANK OF AMERICA HOME LOANS; COUNTRYWIDE HOME LOANS; LASALLE BANK, NA; CREDIT-BASED ASSET SERVICING AND SECURITIZATION, LLC; DOES 1 to 50,<br><br>DEFENDANTS.<br>_____ | **Case No. 10-CV-00862-OWW-JLT**<br><br>Hon. Oliver W. Wanger<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXPUNGE LIS PENDENS**<br><br><br>Hearing Info<br>Date:  July 26, 2010<br>Time:  10:00 a.m.<br>Dept: 3<br><br>*Complaint Filed: April 12, 2010* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Motion to Expunge Plaintiff's Lis Pendens, filed by Defendants, LITTON LOAN SERVICING LP ("Litton") and U.S. BANK NATIONAL ASSOCIATION ("U.S. Bank") AS SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE ("LaSalle Bank") FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB5 ("CBASS") (hereinafter

1
**ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS**

collectively "Defendants") was heard as part of the Court's regular calendar at 10:00am on July 26, 2010.  The appearances of the parties were noted for the record.

The Court, having duly considered the papers filed, and the oral argument of counsel, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

The Lis Pendens recorded on April 12, 2010 as Document No. 0210047823 in the Official Records of Kern County is **expunged** from the official records, and a copy of this Order may be recorded in the Official Records of Kern County as evidence that the herein-referenced Lis Pendens has been expunged.

The Lis Pendens concerns the real property commonly known as **3500 Kimmie Rachelle Court, Bakersfield, CA 93313**, located in Kern County with the following legal description:

> "Lot 53, of Tract 5648 Phase A in the City of Bakersfield, County of Kern, State of California, as per Map recorded January 20, 1995 in book 41, Pages 135 through 138 of Maps in the office of the County Recorded of said County.
>
> Excepting therefrom all oil, gas and other hydrocarbon substances in, on and under said land, as reserved in previous deeds of record."
>
> APN #: 514-183-21-00

IT IS SO ORDERED.

**Dated:   July 29, 2010**               /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE