Ronald D. Roup, Esq. (94495)
Joan C. Spaeder-Younkin, Esq. (192235)
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377

Attorneys for Defendants,
LITTON LOAN SERVICING LP and U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB5 (erroneously sued as separate entities "U.S. BANK, NA," "LaSalle Bank" and "Credit Based Asset Servicing and Securitization, LLC")

**UNITED STATE DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANEESAH HASAN, | **Case No. 10-CV-00862-OWW-JLT** |
| PLAINTIFF, | *Assigned for all purposes to: Hon. Judge Oliver W. Wanger; Courtroom 3* |
| vs. | |
| U.S. BANK, NA; LITTON LOAN SERVICING, LP; QUICKLOAN FUNDING, INC.; BANK OF AMERICA HOME LOANS; COUNTRYWIDE HOME LOANS; LASALLE BANK, NA; CREDIT-BASED ASSET SERVICING AND SECURITIZATION, LLC; DOES 1 to 50, | **ORDER DISMISSING COMPLAINT WITH PREJUDICE AS TO DEFENDANTS, LITTON LOAN SERVICING LP AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE** |
| DEFENDANTS. | |
| | *Complaint Filed: April 12, 2010* |

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. On July 26, 2010, this Court granted the Motion to Dismiss Plaintiff's Complaint brought by Defendants, LITTON LOAN SERVICING LP ("Litton") and U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-CB5("U.S. Bank, As

1

Trustee")(collectively as "Defendants"). Accordingly, the Complaint of Plaintiff, ANEESAH HASAN is dismissed with prejudice, in its entirety as to Defendants Litton and U.S. Bank, as Trustee;

    2.    Plaintiff shall take nothing; and

    3.    Defendants, if they so choose, may recover from Plaintiff, costs of suit to be determined by a duly filed memorandum of costs, monetary sanctions and attorney fees by motion.

Dated:   September 15, 2010         /s/ OLIVER W. WANGER
                                                            Honorable Oliver W. Wanger
                                                            Judge of the United States District Court

**ORDER DISMISSING COMPLAINT WITH PREJUDICE AS TO DEFENDANTS, LITTON LOAN SERVICING LP AND U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE**