David S. Reidy (SBN 225904)
dsreidy@reedsmith.com
Molly A. Taylor (SBN 245985)
mataylor@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:  +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Countrywide Home Loans, Inc.
(erroneously sued as "Countrywide Home Loans")

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANEESAH HASAN<br><br>             Plaintiff,<br><br>     vs.<br><br>U.S. BANK, NA; LITTON LOAN SERVICING, LP; QUICKLOAN FUNDING, INC.; BANK OF AMERICA HOME LOANS; COUNTRYWIDE HOME LOANS; LASALLE BANK, NA; CREDIT BASED ASSET SERVICING AND SECURITIZATION, LLC; DOES 1 to 50,<br><br>             Defendants. | Case No. 10-CV-00862-OWW-JLT<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND DISMISSING ALL CLAIMS WITHOUT PREJUDICE**<br><br>Honorable Oliver W. Wanger<br><br>[Complt. Filed: April 12, 2010] |

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND DISMISSING ALL CLAIMS WITHOUT PREJUDICE

**ORDER**

On October 4, 2010, the Motion of Defendant Countrywide Home Loans, Inc. (erroneously named as "Countrywide Home Loans") ("Defendant") to Dismiss the Complaint of Plaintiff Aneesah Hasan ("Plaintiff") came on for hearing before this Court.  Molly A. Taylor, Esq. appeared on behalf of Defendant Countrywide Home Loans, Inc.  Plaintiff failed to appear.  Having read and considered the pleadings in support of the Motion and the arguments of counsel, this Court **GRANTS** Defendant's Motion to Dismiss and **DISMISSES** Plaintiff's Complaint without prejudice.

IT IS SO ORDERED.

Dated:   **October 5, 2010**            **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND DISMISSING ALL CLAIMS WITHOUT PREJUDICE